IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ELAINE GRIFFITHS | X | |
| | X | |
|     Plaintiff | X | |
| v. | X | CIVIL ACTION NO. |
| | X | 4:12cv-731 |
| TARGET CORPORATION | X | |
|     Defendant | X | JURY REQUESTED |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

On the _____ day of August, 2013, pursuant to Rule 41 of the Federal Rules of Civil Procedure Plaintiff **Elaine Griffiths**, through her undersigned attorney, and Defendant **Target Corporation**, through its undersigned attorney stipulate and agree that this referenced lawsuit is dismissed without prejudice and based upon the following conditions:

1. This lawsuit is dismissed without prejudice, so that Plaintiff may refile this lawsuit, or a similar lawsuit in the future;

2. The parties agree to pay their own costs, expenses and attorneys fees incurred prior to this dismissal;

3. The parties agree that any refiled lawsuit must be filed in: United States District Court for the Eastern District of Texas, Sherman Division; or, United States District Court for the Northern District of Texas, Dallas Division; or, United States District Court for the Northern District of Texas, Fort Worth Division; If the case is filed in a court other than one listed above, this agreement constitutes Plaintiff's consent to have the case removed/transferred to one of the three courts listed above and to pay Defendant's reasonable costs and attorneys' fees

1

associated with any removal/transfer;

4. All discovery and other materials from this suit may be used in any refiled lawsuit; and,

5. Defendant may not recover any costs from this action pursuant to Rule 41(d) of the Federal Rules of Civil Procedure <u>unless</u> Plaintiff violates Condition 3, above, and refiles in a court other than those agreed to;

Based upon the above conditions this lawsuit is dismissed without prejudice so that Plaintiff may refile this lawsuit, or a similar lawsuit in the future.

**SO AGREED**

**RASHTI AND MITCHELL**

<u>/s/Timothy T. Mitchell</u>
Timothy T. Mitchell, Esquire
Texas State Bar No. 14223000
4422 Ridgeside Drive
Dallas, Texas 75244
(972) 490-1929
(972) 503-9611 (fax)
**Attorneys for Plaintiff**

<u>/s/ Donna C. Peavler</u>
Donna C. Peavler, Esquire,
Texas State Bar No. 00783887
The Peavler Group,
3400 Carlisle Street, Suite 430,
Dallas, TX 75204
Telephone: 214-999-0550
Fax: 214-999-0551
Tel. 214-999-0550
**Attorneys for Defendant**